# Exhibit A

| | |
|---|---|
| **From:** | energy@pantheraenergy.com |
| **To:** | Bunkers; Gerd de Wilde |
| **Cc:** | energy@pantheraenergy.com |
| **Subject:** | REVISED BUNKER FIXING NOTE - MV KINGCUP AT HOUSTON 07.10.2019 / REF: F-19-10-3285 |
| **Date:** | Wednesday, October 9, 2019 10:11:45 AM |

# REVISED BUNKER FIXING NOTE
** HSFO REDUCED FROM 990 MT TO 900 MT **

| | | | |
|---|---|---|---|
| TO: | BBC CHARTERING CARRIERS GMBH & CO. KG | | |
| ATTN:: | GERD DE WILDE | | |
| FROM: | PANTHERA ENERGY TRADING GMBH | | |
| REF: | F-19-10-3285 | | DATE: 03.10.2019 |
| BUYER: | BBC CHARTERING CARRIERS GMBH & CO. KG | | |
| SELLER: | VITOL INC. | | |
| VESSEL: | MV KINGCUP | | IMO: 9425186 |
| PORT: | HOUSTON | | |
| TERMINAL: | HOUSTON INDUTRIAL PORT | | |
| AGENCY: | LEEWARD | | |
| ETA: | 07.10.2019 – 5 DAYS CARGO OPS | | |
| PRODUCT: | RMG 380 MAX SLP 3.50% | MGO DMA MAX SLP 0.10% | |
| QUANTITY: | ==900 MT – REDUCED FROM 990 MT== | ==100 MT - FINAL QUANTITY== | |
| PRICE: | USD 387.00 PMTW | USD 600.00 PMTD | |
| SPECS: | ISO 8217:2010 (E) | ISO 8217:2010 (E) | |
| COMMISSION: | USD 2.00 PMT | USD 2.00 PMT | |
| DELIVERY CHARGES: | USD 9,515.00 BARGING FEE + 24% FUEL SURCHARGE<br>USD 33.99 HARBOUR FEE PER GRADE<br>USD 0.04685 PER GALLON SECURITY FEE<br>USD 10.50 PORT FEE | | |
| SUPPLIER: | VITOL INC. | | |
| PAYMENT: | 30 DDD | | |
| DELIVERY REMARKS: | - SUPPLY EX BARGE IN CLOSE LOCAL COORDINATION WITH AGENTS<br>- | | |

GENERAL REMARKS:

1.) IF APPLICABLE, ANY FURTHER CHARGES, OVERTIME AND/OR LOCAL TAXES TO BE ON BUYERS ACCOUNT.
2.) IF APPLICABLE BY LAW IN THE COUNTRY OF SUPPLY, THIS DELIVERY TO COMPLY WITH MARPOL 73/78 ANNEX VI REGULATION 14 AND 18.
3.) UNLESS OTHERWISE AGREED THIS SALE AND DELIVERY IS SUBJECT TO SELLER'S GENERAL TERMS AND CONDITIONS. THE ACCEPTANCE OF THE MARINE FUELS BY THE VESSEL SHALL BE DEEMED TO CONSTITUTE ACCEPTANCE OF SELLER'S GENERAL TERMS AND CONDITIONS.
4.) ANY ERRORS IN THIS CONFIRMATION MUST BE REPORTED IMMEDIATELY.

YOUR NOMINATION IS APPRECIATED. PLEASE BE ASSURED THAT WE WILL MONITOR THIS NOMINATION CLOSELY TO ENSURE SMOOTH SUPPLY.

**BUYERS ARE KINDLY REQUESTED TO CONTACT PANTHERA ENERGY IF PROBLEMS, DISCREPANCIES OR QUESTIONS ARE ARISING PRIOR, DURING OR AFTER THIS SPECIFIC BUNKER SUPPLY ENABLING US TO START ACTION TO MITIGATE AND TO PROTECT YOUR INTERESTS.**

**KINDLY DIAL OUR 24 HRS EMERGENCY NUMBER FOR IMMEDIATE ASSISTANCE: +49 40 555 022 00 OR USE THE INDIVIDUAL MOBILE NUMBER OF PANTHERA`S BROKER IN CHARGE.**
BEST REGARDS / BESTE GRUESSE
MARTIN BRODERSEN
PANTHERA ENERGY TRADING GMBH
- AS BROKERS ONLY -
OFFICE:   +49 40 555 022 16/17
MOBILE:   +49 171 8184 024
FAX:  +49 40 555 022 09
E-MAIL: ENERGY@PANTHERAENERGY.COM


VISITOR ADDRESS
BRANDSTWIETE 4
20457 HAMBURG
GERMANY