# Exhibit C

# V-Marine Fuels

## MARINE FUEL DELIVERY RECEIPT
VITOL INC • 2925 Richmond Ave. • Houston, TX 77098
telephone (713) 230-1111 • fax (713) 230-1008 • email CASHCONFIRMSHOU@VITOL.COM

| VESSEL NAME: KINGCUP | IMO #: 9425186 | BARGE NAME: B-405 | DATE: 10-09-19 |
|---|---|---|---|
| LOADING TERMINAL LOCATION: | | DELIVERY LOCATION: Houston-Greensport | |

| PRODUCT | GROSS BBLS | NET BBLS | WEIGHT M. TONS |
|---|---|---|---|
| RMG 380 | | 5721 | 900 |
| MGO | | 742 | 100 |

### PROPERTIES

| GRADE | VISCOSITY CST AT 50°C/122°F | API AT 15°C | DENSITY AT 15°C | TEMP °F | FLASH °F | POUR °F | WATER %Vol. | SULPHUR % M/M |
|---|---|---|---|---|---|---|---|---|
| 380 | 320 | 11.2 | 991.0 | 85 | 185 | | 0.10 | 3.12 |
| MGO | 2.97 | 35.0 | 849.3 | 85 | 160 | | <0.05 | 0.092 |

| | DATE | TIME |
|---|---|---|
| BARGE ALONGSIDE | 10-9 | 2130 |
| HOSE CONNECTED | 10-10 | 0001 |
| STARTED PUMPING | 10-10 | 0015 |
| FINISHED PUMPING | 10-10 | 0740 |
| HOSE DISCONNECTED | 10-10 | |
| BARGE AWAY | 10-10 | |

**The fuel oil supplied is in conformity with Regulation 14.1 or 14.4 and Regulation 18.3 Annex VI of MARPOL 73/78**

The marine fuel described herein is delivered in accordance with Vitol Inc.'s Standard Terms and Condition of Sale (a copy of which has been provided to buyer prior to delivery) and on credit of the vessel. Any disclaimers as to the creation of a maritime lien in the amount of the purchase price and delivery charges and/or restrictions as to the authority of the ship's officer signing this Receipt to bind the vessel and her owner to the above are null and void, unless an authorized represenative of Vitol Inc. shall have otherwise agreed in writing at the time Buyer initially orders the marine fuel. Failing such agreement, delivery shall, under no circumstances, constitute a waiver by Vitol Inc. of the above.

REMARKS:

|  | 380 | MGO |
|---|---|---|
| BARGE SAMPLE (SUPPLIER): SEAL # | B1. 12101 / B2. 12102 | B1. 12105 / B2. 12106 |
| BARGE SAMPLE (VESSEL): SEAL # | S-12103 | S-12107 |
| MARPOL ANNEX VI SAMPLE: SEAL # | M-12104 | M-12108 |

SAMPLES GIVEN TO CUSTOMER  ☐ YES  ☐ REFUSED

DECLARATION OF MASTER/CHIEF ENGINEER
I declare that the information given above is true and correct to the best of my knowledge and belief; that I have knowledge of the facts set forth herein; that the articles described in this notice of lading were received in the quantitites stated, from the person, and on the date, indicated above; that said articles were laden on the vessel named above for use on said vessel as supplies, except as noted below.

Received for use as bunkers, together with representative sample, the quantities shown above. Exact quantities shown are subject to correction in case of error.

GAUGES WITNESSED BY SHIP'S REPRESENTATIVE
☐ BEFORE  ☐ AFTER  ☑ DECLINED

DELIVERING COMPANY: BUFFALO MARINE SERVICE
BY: Preston Bennett, T. Henry
DATE: 10-10-19

MASTER/CHIEF ENGINEER: [signature]
DATE: 09.10.2019

[Stamp: M/V KINGCUP IMO-NO. 9425186 Call Sign V2FF8 St. John's Antigua & Barbuda]

STAMP

White (office)   Yellow (office)   Pink (office)