```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

BBC CHARTERING CARRIERS GmbH & Co. KG,

                  **Plaintiff,**

    - against -

VITOL, INC.,

                  **Defendant.**

―――――――――――――――――――――――――――――――――

20-cv-00176 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

    The plaintiff was required to serve the summons and complaint on the defendant within 90 days. See Fed. R. Civ. P. 4(m). The plaintiff failed to do so. The time to serve the summons and complaint is extended to **May 25, 2020.**

    If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice.

**SO ORDERED.**

Dated:    New York, New York
           April 23, 2020

                                      /s/ John G. Koeltl
                                          **John G. Koeltl**
                                    **United States District Judge**